IN THE UNITED STATES DISTRICT COURT
WESTERN DITRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **JOSHUA CACHO,** *a Texas resident* ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | 3:25-CV-00142-LS |
| ) | |
| **JGW DEBT SETTLEMENT, LLC** a Nevada ) | |
| Limited Liability Company**, DIAMOND DEBT** ) | |
| **RELIEF, LLC,** A New York Limited Liability ) | |
| Company**, Arnold & Smith LAW, PLLC,** an ) | |
| Oklahoma Professional Limited Liability ) | |
| Company ) | |

### ORDER GRANTING DEFENDANTS' JOINT BILL OF COSTS AND ATTORNEYS' FEES

Before the Court is Defendants' Joint Proposed Bill of Costs and Motion for Attorneys' Fees, filed pursuant to Fed. R. Civ. P. 54(d), Local Rule CV-54, and this Court's prior Order Granting Sanctions (Doc. 32, entered Sept. 8, 2025). Having considered the motion, supporting affidavits, and applicable law, the Court finds the motion should be **GRANTED.**

The Court previously determined sanctions were warranted under Fed. R. Civ. P. 16(f) and 37 due to Plaintiff's repeated failure to participate in Rule 26(f) conferences held on July 24, August 27, and September 4, 2025, and in connection with Defendants' Opposed Joint Motion to Compel Rule 26(f) Compliance and for Sanctions (Doc. 29). Pursuant to its prior ruling, the Court now awards Defendants their reasonable attorneys' fees and costs.

The Court finds the following fees reasonable and necessary:

1. **Robert R. Titus (Arnold & Smith Law, PLLC)** – $1,430.00
2. **Merritt Clements (Diamond Debt Relief, LLC)** – $600.00
3. **Mike Prather (JGW Debt Settlement, LLC)** – $1,020.00

4. **Kyle Tohdacheeny (JGW Debt Settlement, LLC)** – $1,086.50

**Total Attorneys' Fees Awarded: $4,136.50**

Accordingly, it is hereby **ORDERED** that:

1. Defendants' Joint Proposed Bill of Costs and Motion for Attorneys' Fees is **GRANTED**.

2. Plaintiff Joshua Cacho shall, within forty-five (45) days of entry of this Order, deliver separate checks payable to each Defendant's counsel of record in the respective amounts awarded herein, for a total attorneys' fee award of $4,136.50.

3. Payment shall be made jointly to Defendants' counsel of record, to be allocated among them as set forth above.

4. The Court retains jurisdiction to enforce compliance with this Order.

**SO ORDERED.**

DATED this 30th day of December, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted,

*/s/ Robert R. Titus*
Robert R. Titus SBN 24081470
**TITUS LAW FIRM, LLC**
7304 W. 130th Street, Suite 190
Overland Park, KS 66213
P: (913) 359-6641
F: (913)599-9238
rob@tituslawkc.com
***Attorney for Arnold & Smith Law, PLLC***

Approved as to form:

*/s/ Mike Prather*
**FREEMAN, MATHIS & GARY LLP**
Texas Bar No. 24034634
1800 West Loop South, Suite 1110
Houston, TX 77027
Phone No. (832) 371-6036
Fax: (833) 465-1774
Mike.Prather@fmglaw.com
***Attorneys for Defendant JGW***


*/s/ Merritt M. Clements*
Merritt M. Clements
**RAY PENA MCCHRISTIAN, PC**
9601 McAllister Frwy, Suite 901
San Antonio, TX 78216
210-820-8435
Fax: 210-341-3557
Email: mclements@raylaw.com
***Attorneys for Diamond Debt Relief, LLC***


*/s/ Joshua Cacho*
Joshua Cacho
P.O. Box 26971
El Paso, Texas 79926
(915) 383-4604
jcacho1848@gmail.com
***Plaintiff, Pro Se***