IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JOSHUA CACHO, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION 3:25-cv-142-DB |
| | § | |
| JGW DEBT SETTLEMENT, LLC, a | § | |
| Nevada Limited Liability Company | § | |
| DIAMOND DEBT RELIEF LLC, a New | § | |
| York Limited Liability Company, ARNOLD & | § | |
| SMITH LAW, PLLC, an Oklahoma | § | |
| Professional Limited Liability Company | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Joshua Cacho and Defendant Diamond Debt Relief LLC stipulate to the dismissal of all claims asserted by Joshua Cacho against Diamond Debt Relief LLC with prejudice, with each of the named parties to bear their own costs of court and other expenses.

Respectfully submitted,

_/s/ Joshua Cacho_____
Joshua Cacho
P.O. Box 26971
El Paso, TX  79926
Jcacho1848@gmail.com

*Plaintiff, Pro Se*

RAY | PEÑA | McCHRISTIAN, P.C.
McAllister Plaza
9601 McAllister Freeway, Suite 901
San Antonio, Texas 78216
(210) 341-3554 Telephone
(210) 341-3557 Facsimile

*/s/ Merritt Clements*
Merritt Clements
State Bar No. 04369500
Federal Bar No. 15871
mclements@raylaw.com


RAY | PEÑA | McCHRISTIAN, P.C.
5822 Cromo Drive
El Paso, Texas 79912
(915) 832-7200 Telephone
(915) 832-7333 Facsimile

*/s/ Marisa Y. Ybarra-Williams*
Marisa Y. Ybarra-Williams
State Bar No. 24067360
mybarra-williams@raylaw.com

*Attorneys for Defendant*
*Diamond Debt Relief LLC*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 18, 2026, a true and correct copy of the foregoing document was served on counsel listed below in accordance with the Federal Rules of Civil Procedure:

Joshua Cacho
P.O. Box 26971
El Paso, TX  79926
Jcacho1848@gmail.com
*Plaintiff – Pro Se*

Mike Prather
Freeman Mathis & Gary, LLP
1800 West Loop South, Suite 1110
Houston, TX  77027
Mike.prather@fmglaw.com
*Attorney for Defendant JGW Debt Settlement, LLC*

Robert R. Titus
Titus Law Firm, LLC
7304 W. 130th Street, Suite 190
Overland Park, KS  66213
rob@tituslawkc.com

*/s/ Merritt Clements*
Merritt Clements