# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| JOSHUA CACHO, A TEXAS RESIDENT, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | No.  3:25-CV-00142-LS |
| JGW DEBT SETTLEMENT, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND DIAMOND DEBT RELIEF LLC, A NEW YORK LIMITED LIABILITY COMPANY, | § § § § § § | |
| *Defendants*. | § § | |

## ORDER DISMISSING CLAIMS

Upon consideration of the parties' Stipulation of Dismissal,[1] the Court dismisses this action with prejudice as to Defendant Diamond Debt Relief LLC. The case remains open as to JGW Debt Settlement, LLC.

**SO ORDERED**.

**SIGNED** and **ENTERED** on July 8, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 61.